THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Carlos
 Mattison, Appellant.
 
 
 
 
 

Appeal From Abbeville County
Wyatt T. Saunders, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-055
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; Solicitor Jerry Peace, of Greenwood, for
 Respondent.
 
 
 

PER CURIAM:  Carlos Mattison appeals his guilty pleas
 and sentences for possession with intent to distribute crack cocaine,
 possession with intent to distribute crack cocaine within the proximity of a
 school, and driving under suspension.  He maintains the plea court erred in
 failing to reinstate his bond and allow him to withdraw his guilty plea after plea
 counsel erroneously informed him he would be able to appeal the plea court's
 ruling denying his motion to suppress.  After a thorough review of the record
 and counsel's brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss[1] Mattison's appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.